UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.     17-20547-CR-UNGARO

      Plaintiff,

vs.

GILBERTO RINCON-CASTILLO

      Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

**STEPHEN J. GOLEMBE,** files this appearance as counsel for the above-named defendant.  Counsel agrees to represent the defendant IN ALL PROCEEDINGS PENDING IN THE DISTRICT COURT.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

    Respectfully submitted,

    */s/ Stephen J. Golembe*
    STEPHEN J. GOLEMBE, ESQUIRE
    2340 South Dixie Highway
    Miami, Florida 33133
    (305) 858-0404 office
    (305) 858-3100 facsimile
    GolembeS@GolembeLaw.com

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of September, 2017.  I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Stephen J. Golembe*
STEPHEN J. GOLEMBE, ESQUIRE
Florida Bar No.  137225

## SERVICE LIST

**United States of America v. Gilberto Rincon-Castillo
Case No. 17-20547
United States District Court, Southern District of Florida**

Robert J. Emery, Assistant United States Attorney
99 Northeast 4th Street
Miami, Florida 33132-2111
(305) 961-9421 office
(305) 530-7976 facsimile
E-mail:  Robert.emery2@usdoj.gov

Case 1:17-cr-20547-UU Document 9 Entered on FLSD Docket 09/20/2017 Page 3 of 3